UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2012 JUN -1  PM 1:53

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY  Van         DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>JORGE ZAMORA-OCAMPO,<br><br>                    Defendant. | CASE NO. 12-cr-01608-IEG<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

8:1326 (a) and (b) - Removed Alien Found in the United States (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/31/12

Jan M. Adler
U.S. Magistrate Judge